■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN OLEVA, Appellant. [678 NYS2d 492] —Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered January 4, 1996, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Defendant's suppression motion was properly denied. A fair reading of the officer's testimony, as a whole, supports the court's determination that the police had sufficient reasonable suspicion to stop defendant under the attendant circumstances. Defendant matched both the sufficiently specific description

given by an anonymous caller and the description of a robbery suspect whom the officers were staking out (*see, People v Grant*, 184 AD2d 242, *lv denied* 80 NY2d 904). We have considered defendant's other arguments and find them to be without merit. Concur—Sullivan, J. P., Rubin, Tom and Saxe, JJ.